**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GARY LAWTON DONOHOO, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACTION: 1:24-00033-KD-B** |
| | ) | |
| **UNLIMITED DELIVERIES LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 12), made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S), and dated April 12, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand, (Doc. 5), is **GRANTED** and that this case is **REMANDED** back to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **1st** day of **May 2024.**

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**